1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Glee Winter, et al., | No. CV-18-04541-PHX-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| Progrexion Teleservices Incorporated, | |
| Defendant. | |

The Court's June 26, 2019 Order stated:

> [I]n lieu of filing a formal reply brief by July 2, 2019, as contemplated by the scheduling order (Doc. 50), Defendant may simply certify that it will not be enforcing the prevailing-party provisions. If such a certification is provided, the Court will enter an order granting Defendant's third motion to compel (Doc. 51), with the clarification that the prevailing-party clause has been struck from each arbitration agreement, and then dismiss this action.

(Doc. 55 at 2.)

Defendant Progrexion has agreed to the severance of the prevailing party provision for the 26 plaintiffs at issue in the Third Motion to Compel Arbitration.  (Doc. 56 at 2.)

Accordingly,

**IT IS ORDERED** that Defendant's Third Motion to Compel Arbitration and to Dismiss the Complaint, or, Alternatively, to Stay the Litigation (Doc. 51) is **granted**.  The remaining Plaintiffs in this action are dismissed without prejudice and ordered to proceed to arbitration pursuant to their arbitration agreements.  The prevailing-party clause is struck

…

from the arbitration agreement of each plaintiff for whom Progrexion has moved to compel arbitration in this litigation to date.  The Clerk of Court is directed to terminate this action.

Dated this 2nd day of July, 2019.

_____
Dominic W. Lanza
United States District Judge